UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GISELA ESTEFAN,

      Plaintiff,

v.                                      Case No. 2:21-cv-260-JLB-MRM

MIDLAND CREDIT MANAGEMENT, INC.,

      Defendant.
_____

## ORDER

Plaintiff has filed a notice of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 9.)  The notice is self-executing.  Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on August 6, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE